UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANKLIN L. JONES, SR.,**

    Petitioner,

v.   Case No. 4:25-cv-380-TKW-HTC

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of jurisdiction because Petitioner's §2254 habeas petition is an unauthorized successive petition. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2254 habeas petition is DISMISSED for lack of jurisdiction because it is an unauthorized successive petition.

    3.    Petitioner's motion for leave to proceed in forma pauperis (Doc. 4) is DENIED as moot.

    4.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 20th day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**